IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOTAL E&P USA, INC., | § § | |
| Plaintiff/Counter-Defendant, | § § | |
| v. | § § | CASE NO. 4:16-cv-2674 |
| MARUBENI OIL & GAS (USA) INC., | § § § | |
| Defendant/Counter-Claimant. | § | |

**VERDICT FORM**

**QUESTION NO. 1**

MEMBERS OF THE JURY:

WE THE JURY, unanimously find as follows:

1. MOGUS is entitled to damages from Total through June 30, 2017, in the amount of:

$ __21,649,695.36__

Please sign the Certificate on the last page.

8

## CERTIFICATE

We the jury, have made the above findings as indicated, and herewith return same into Court as our verdict.

**SIGNED** this the ___14___ day of February, 2019, at Houston, Texas.

_____
**JURY FOREPERSON**