United States District Court
Southern District of Texas

**ENTERED**
May 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TOTAL E&P USA, INC.** | * | **CIVIL ACTION NO.** |
| *Plaintiff* | * | **4:16-cv-02674** |
| | * | |
| v. | * | **JUDGE VANESSA GILMORE** |
| | * | |
| **MARUBENI OIL & GAS (USA) INC.** | * | |
| *Defendant* | * | |

*******************************************

## ORDER

Considering the Renewed Motion for Judgment as a Matter of Law and Motion to Alter or Amend the Judgment (the "Motions") filed by Marubeni Oil & Gas (USA) LLC ("MOGUS"); **IT IS HEREBY ORDERED** that the Motions are ~~GRANTED~~ **DENIED**. ~~Within five days of this Order, MOGUS shall submit a proposed final judgment consistent with the relief requested in the Motions.~~

Houston, Texas, this 20th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE